IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ANDREW UNDERWOOD**,

    Plaintiff,

    v.

**CITY OF MOULTRIE, GEORGIA AND MOULTRIE POLICE DEPARTMENT,**

    Defendants.

Case No. 7:13-cv-13 (HL)

**ORDER**

The Court has reviewed the Scheduling and Discovery Report submitted by the parties on May 13, 2013. The majority of the dates meet with the Court's approval. However, one date must be changed. In their Report, the parties state that all motions to join other parties or otherwise amend the pleadings shall be filed on or before November 29, 2013, which is thirty days after the expiration of discovery in this case (Doc. 11, p. 4). The Court orders that this deadline be set for thirty days before, not after, the expiration of discovery. Thus, the amended deadline for joining parties or amending the pleadings will be September 30, 2013. Otherwise, all dates are approved.

**SO ORDERED**, this 14th day of May, 2013.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

ebrs