# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ANDREW UNDERWOOD,**

    Plaintiff,

v.

**CITY OF MOULTRIE, GEORGIA, AND MOULTRIE POLICE DEPARTMENT**,

    Defendants.

Civil Action No. 7:13-CV-13 (HL)

## ORDER

Before the Court is Plaintiff's Motion to Set Aside/ Preclude Order (Doc. 24). Since no order granting summary judgment to Defendants has been entered in this case, which action Plaintiff's motion contends has occurred, Plaintiff's motion is denied.

**SO ORDERED**, this the 10th day of March, 2014.

          *s/ Hugh Lawson*
          **HUGH LAWSON, SENIOR JUDGE**

scr