# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ANDREW UNDERWOOD,**

    Plaintiff,

v.

**CITY OF MOULTRIE, GEORGIA, AND MOULTRIE POLICE DEPARTMENT**,

    Defendants.

Civil Action No. 7:13-CV-13 (HL)

## ORDER

Before the Court is the parties' Joint Motion Regarding Proposed Settlement (Doc. 30), which asks the Court to approve the settlement of Plaintiff's claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. The Court is required to undertake a fairness review of the proposed settlement. *See* 29 U.S.C. § 216(b); Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Having reviewed the settlement agreement proposed by the parties, the Court approves it as a fair settlement of the reasonable dispute concerning Plaintiff's FLSA claims. The parties' motion to approve the settlement is granted, and this case is dismissed with prejudice.

**SO ORDERED**, this the 30th day of September, 2014.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**